

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-13-00104-CR &
06-13-00105-CR

---

DONALD ROBERT HANEY, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 102nd District Court
Red River County, Texas
Trial Court Nos. CR01693 & CR01730

---

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

The clerk's record in this matter was filed June 26, 2013, and the reporter's record was filed July 2, 2013, making the appellant's brief due August 1, 2013. The briefing deadline was extended twice on appellant's motion, and the brief is currently due September 24, 2013. On September 24, 2013, appellant's counsel filed a third motion to extend the deadline for filing appellant's brief.

We have reviewed counsel's third motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that counsel needs additional time to prepare this brief. Consequently, the motion to extend time to file appellant's brief is overruled.

By this order, we set the final deadline for filing appellant's brief as October 24, 2013. Should appellant fail to file a brief within the time allotted, this appeal may be dismissed for want of prosecution pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3.

IT IS SO ORDERED.


BY THE COURT

Date: October 2, 2013